# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.  MO:19-CR-00161 (03) |
| | § | |
| DEQUAN SHAQUILLE LEE | § | |

## ORDER

Before the Court is the Defendant's Motions for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 208) filed August 19, 2020 and the Government's Response to the Defendant's Motions for Sentence Reduction (Doc. 216) filed November 9, 2020. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motions on its merits. Accordingly,

It is **ORDERED** the Defendant's Motions for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 208) is **DENIED.**

It is so **ORDERED**.

SIGNED this 12th day of November, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE